IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CA. No. 1-95-M-108-LO |
| | : | |
| JULIO MERIDA | : | |

**MOTION TO DISMISS**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves to dismiss the above-referenced Complaint. This Complaint was filed in May 1995, and charged the defendant with Flight to Avoid Prosecution. The government seeks this dismissal due to the fact that the State of Rhode Island no longer seeks federal assistance in locating and apprehending this defendant.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney