IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CA. No. 1-95-M-108-LO |
| | : | |
| JULIO MERIDA | : | |

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon consideration of the government's motion to dismiss, said motion is granted. The above-referenced Complaint is hereby dismissed.

SO ORDERED.

Per Order

DEPUTY CLERK

LINCOLN D. ALMOND
U.S. DISTRICT ~~COURT~~ MAG. JUDGE

DATED: 10/19/05