# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

Julio Merida
a/k/a Salomon Andrade Martinez

## WARRANT FOR ARREST

CASE NUMBER: 1-95-M-108

RECEIVED
Oct 6 11 07 AM '95
OFFICE OF
U.S. MARSHAL
PROVIDENCE R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Julio Merida
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful flight to avoid prosecution

in violation of Title 18 United States Code, Section(s) 1073

Robert W. Lovegreen
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

**RETURN**

This warrant was received and ~~executed with the arrest of the above-named defendant at~~ returned unexecuted upon receipt of order of dismissal signed by USMJ Lincoln D. Almond

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 10/06/1995 | CJ Wyatt SDUSM | [signature] |
| DATE OF ARREST | | |